JAMES T. LEE, ESQ
State Bar No. 110838
Law Offices
ROBERT E. WEISS INCORPORATED
920 Village Oaks Drive
Covina, California 91724
Phone (626) 967-4302
Facsimile (626) 967-9216
File No. 6142-I

Attorneys for Plaintiff
EXECUTIVE TRUSTEE SERVICES, INC.

**FILED**

FEB 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE TRUSTEE SERVICES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GUY R. SEATON III; JACQUELINE SEATON aka JACQUELINE K. MATHESON; WILLIAM C. ELSON individually and dba WILLIAM C. ELSON INTERIOR DESIGN; LINOLEUM SALES CO., INC., dba ANDERSON CARPET; COLLECTRONICS INC. DBA GREAT WESTERN COLLECTION BUREAU; FILDRES RUNEZ; NATIONAL LOAN INVESTORS, L.P.; INTERNAL REVENUE SERVICE; AMERICAN EXPRESS TRAVEL RELATED SERVICES; FREMONT BANK; WENDEL, ROSEN, BLACK & DEAN, LLP; FUND RECOVERY SERVICES, INC. dba ACCOUNTS RECEIVABLE MANAGEMENT SOLUTIONS ("ARMS") AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | FEDERAL CASE NO.<br>C 06 5652 EDL (WDB)<br><br>CIVIL CASE NO. HG 06281381<br><br>(WDB)<br>[PROPOSED] ORDER EXCUSING EXECUTIVE TRUSTEE SERVICES, INC. FROM APPEARING AT SETTLEMENT CONFERENCE OR APPEAR AT SETTLEMENT CONFERENCE VIA TELEPHONE.<br><br>DATE: MARCH 1, 2007<br>TIME: 2:00 P.M.<br>DEPT: COURTROOM 4 |

1
[Proposed] Order

1  IT IS HEREBY ORDERED, that Plaintiff, EXECUTIVE TRUSTEE SERVICES,
2  INC. is excused from participating in the March 1, 2007 Settlement Conference.
3  ~~IT IS ORDERED that EXECUTIVE TRUSTEE SERVICES, INC. may attend the~~
4  ~~settlement conference by telephone.~~    *WDB*
5  IT IS SO ORDERED.
6
7  Dated: 2-20-, 2007
8
9  By: _____
10     WAYNE D. BRAZIL
       UNITED STATES MAGISTRATE JUDGE

Law Offices
ROBERT E. WEISS INCORPORATED
920 VILLAGE OAKS DRIVE
COVINA, CA 91724
TELEPHONE (626) 967-4302 - FAX (626) 190-2103